IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | | |
|---|---|---|
| NARISA WALDO,<br>　　　Plaintiff,<br><br>v.<br><br>TEXAS DEPARTMENT OF STATE<br>HEALTH SERVICES,<br>　　　Defendant. | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | <br><br><br><br>CASE NO. 6:19-CV-54-JDK |

**FINAL JUDGMENT**

Pursuant to the Court's Order of Dismissal, the Court hereby enters final judgment. It is

**ORDERED** that Plaintiff Waldo's claims against Defendant Texas Department of State Health Services are **DISMISSED WITHOUT PREJUDICE**. It is further

**ORDERED** that each Party shall bear its own fees and costs.

All motions by either party not previously ruled on are hereby **DENIED**.

The Clerk of the Court is directed to close this case.

So **ORDERED** and **SIGNED** this **2nd** day of **October, 2019.**

_____
JEREMY D. KERNODLE
UNITED STATES DISTRICT JUDGE